B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Southern Golf Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA U.S. Golf; DBA Florida Golf; DBA The Golf Doctor;**<br>**DBA Southern Eagle Golf** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4090000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1401 Peachtree Street**<br>**Suite 407**<br>**Atlanta, GA**                          ZIP Code **30309** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Southern Golf Partners, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>        Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Southern Golf Partners, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ J HAYDEN KEPNER JR**
Signature of Attorney for Debtor(s)

**J HAYDEN KEPNER JR 416616**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**

Address

**Email: centralstation@swlawfirm.com**
**404-893-3880  Fax: 404-893-3886**
Telephone Number

**January 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ A. Boyd Simpson**
Signature of Authorized Individual

**A. Boyd Simpson**
Printed Name of Authorized Individual

**Sole Manager**
Title of Authorized Individual

**January 20, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### WRITTEN CONSENT OF THE SOLE MANAGER AND SUPER-MAJORITY INTEREST OF SOUTHERN GOLF PARTNERS, LLC
### JANUARY 20, 2010

The undersigned, being the sole Manager and the Super-Majority Interest (as defined in the Operating Agreement) of Southern Golf Partners, LLC, a Georgia limited liability company (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by an affirmative vote of a Super-Majority Interest at a meeting of the Members duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED,** that in the judgment of the Manager and the Super-Majority Interest, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED,** that A. Boyd Simpson and any other person designated as an officer of the Company by the Super-Majority Interest (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as such Authorized Officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED,** that the firm of Scroggins & Williamson, with an office currently located in Atlanta, Georgia, be, and it hereby is, employed under a general retainer as attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED,** that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED,** that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive

evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

SOLE MANAGER OF THE COMPANY:

By: _____
Name:  A. Boyd Simpson, Manager

SUPER-MAJORITY INTEREST OF THE
MEMBERS OF THE COMPANY:

By: _____
Name:  A. Boyd Simpson
Membership Interest:  47 %

By: _____
Name:  David H. Cofin
Membership Interest:  47 %

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Southern Golf Partners, LLC**                                Case No. _____

_____

Debtor(s)                                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Adams Golf LTD<br>P.O. Box 951897<br>Dallas, TX 75395-1897 | Adams Golf LTD<br>P.O. Box 951897<br>Dallas, TX 75395-1897 | | | 23,985.13 |
| Anderson, Hubert A.<br>751 Michaels Creek<br>Evans, GA 30809 | Anderson, Hubert A.<br>751 Michaels Creek<br>Evans, GA 30809 | | | 24,026.25 |
| Ben-O-Fred, Inc.<br>3416 SW 2nd Ave<br>Gainesville, FL 32607 | Ben-O-Fred, Inc.<br>3416 SW 2nd Ave<br>Gainesville, FL 32607 | | | 48,571.25 |
| Black, Daniel<br>1976 Roseland Rd.<br>Aberdeen, NC 27315 | Black, Daniel<br>1976 Roseland Rd.<br>Aberdeen, NC 27315 | | | 23,325.65 |
| Britt, Ernest<br>P.O. Box 531<br>Lumberton, NC 28359 | Britt, Ernest<br>P.O. Box 531<br>Lumberton, NC 28359 | | | 37,515.95 |
| Callaway Golf Company<br>P.O. Box 9002<br>Carlsbad, CA 92018-9002 | Callaway Golf Company<br>P.O. Box 9002<br>Carlsbad, CA 92018-9002 | | | 282,036.36 |
| Chatham Plaza, LLC<br>c/o Kimco Realty<br>3333 New Hyde Pk Rd., Ste. 100<br>New Hyde Park, NY 11042 | Chatham Plaza, LLC<br>c/o Kimco Realty<br>3333 New Hyde Pk Rd., Ste. 100<br>New Hyde Park, NY 11042 | | | 65,701.17 |
| DSJ Properties, Inc.<br>600 University Office Blvd<br>Suite 1-C<br>Pensacola, FL 32504 | DSJ Properties, Inc.<br>600 University Office Blvd<br>Suite 1-C<br>Pensacola, FL 32504 | | | 32,021.37 |
| Hallberg, Victor<br>121 Blue Hills Rd<br>North Haven, CT 06473 | Hallberg, Victor<br>121 Blue Hills Rd<br>North Haven, CT 06473 | | | 30,000.00 |
| J&M Golf<br>319 Industrial Dr.<br>Griffith, IN 46319 | J&M Golf<br>319 Industrial Dr.<br>Griffith, IN 46319 | | | 42,153.47 |
| MP Realty Partners I, LP<br>c/o Equitable Management<br>736 Johnson Ferr Rd., C220<br>Marietta, GA 30068 | MP Realty Partners I, LP<br>c/o Equitable Management<br>736 Johnson Ferr Rd., C220<br>Marietta, GA 30068 | | | 35,626.23 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Southern Golf Partners, LLC**                                                                     Case No. _____
                                                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Nicklaus Golf Equipment**<br>**P.O. Box 933412**<br>**Atlanta, GA 31193-3412** | **Nicklaus Golf Equipment**<br>**P.O. Box 933412**<br>**Atlanta, GA 31193-3412** | | | **27,652.41** |
| **Paradise Golf Equipment Inc.**<br>**P.O. Box 1567**<br>**Savannah, GA 31402** | **Paradise Golf Equipment Inc.**<br>**P.O. Box 1567**<br>**Savannah, GA 31402** | | | **80,438.71** |
| **Ping**<br>**P.O Box 52450**<br>**Phoenix, AZ 85072-2450** | **Ping**<br>**P.O Box 52450**<br>**Phoenix, AZ 85072-2450** | | | **68,192.51** |
| **PRE/Lake Park(GA), LLC**<br>**c/o Ariel Preferred Retail Group, LLC**<br>**Charlotte, NC 28290-3298** | **PRE/Lake Park(GA), LLC**<br>**c/o Ariel Preferred Retail Group, LLC**<br>**Charlotte, NC 28290-3298** | | | **25,165.00** |
| **Sears MasterCard**<br>**P.O. Box 183082**<br>**Columbus, OH 43218-3082** | **Sears MasterCard**<br>**P.O. Box 183082**<br>**Columbus, OH 43218-3082** | | | **23,612.67** |
| **Simpson Organization, The**<br>**1401 Peachtree Street**<br>**Atlanta, GA 30309** | **Simpson Organization, The**<br>**1401 Peachtree Street**<br>**Atlanta, GA 30309** | | | **238,862.25** |
| **Taylor Made Golf Company, Inc.**<br>**P.O. Box 406043**<br>**Atlanta, GA 30384-6043** | **Taylor Made Golf Company, Inc.**<br>**P.O. Box 406043**<br>**Atlanta, GA 30384-6043** | | | **22,729.06** |
| **WEIR, LLC**<br>**9645 Miflin Creek Rd.**<br>**Elberta, AL 36530** | **WEIR, LLC**<br>**9645 Miflin Creek Rd.**<br>**Elberta, AL 36530** | | | **121,275.00** |
| **West Volusia Investors, LLC**<br>**c/o Victory Real Estate Investments, LLC**<br>**Columbus, GA 31904** | **West Volusia Investors, LLC**<br>**c/o Victory Real Estate Investments, LLC**<br>**Columbus, GA 31904** | | | **75,314.12** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Sole Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 20, 2010**                                 Signature    **/s/ A. Boyd Simpson**
                                                                          **A. Boyd Simpson**
                                                                          **Sole Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Southern Golf Partners, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 20, 2010**

**/s/ A. Boyd Simpson**

**A. Boyd Simpson**/**Sole Manager**
Signer/Title

Able, David
136 Big Mouth Cove Rd.
Iva, SC 29655


Adams Golf LTD
P.O. Box 951897
Dallas, TX 75395-1897


ADT
P.O. Box 371967
Pittsburgh, PA 15250-7967


Alabama Department Of Revenue
50N. Ripley Street
Montgomery, AL 36132


Albany Herald, The
P.O. Box 48
Albany, GA 31702-0048


Anderson, Hubert A.
751 Michaels Creek
Evans, GA 30809


AndMore Corporation
13125 Danielson St.Suite 104
Poway, CA 92064


AT&T Advertising
PO Box 105024
Atlanta, GA 30348-5024


Augusta Chronicle, The
PO Box 932759
Atlanta, GA 31193-2759

Bag Boy Co.
P.O Box 933671
Atlanta, GA 31193-3671


Banner Printing
107 W. Pickens St
Abbeville, SC 29620-0769


Bay County Tax Collector
Bay County Tax Collector
Panama City, FL 32402


Bay Industrial Co., LTD
21 Grand Ave. Suite 619
Palisades Park, NJ 07650


Ben-O-Fred, Inc.
3416 SW 2nd Ave
Gainesville, FL 32607


Black, Daniel
1976 Roseland Rd.
Aberdeen, NC 27315


Branco Enterprises
1624 US Hwy 64 West
Asheboro, NC 27204


Bridgestone Golf, Inc.
15320 Industrial Park Blvd.
Covington, GA 30014


Britt, Ernest
P.O. Box 531
Lumberton, NC 28359

Bruce Strumpf, Inc.
Bruce Strumpf, Inc.
Clearwater, FL 33765


Buckhead Community Bank
State Bank & Trust Co.
415 East Paces Ferry Rd
Atlanta, GA 30305


Bushnell Outdoor Products
1551 Paysphere Cr
Chicago, IL 60674-1551


Callaway Golf Company
P.O. Box 9002
Carlsbad, CA 92018-9002


Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083


Carolina Online
705A Wesley Pines Rd
Lumberton, NC 28358


Cascade Subscription Service, Inc
PO Box 75327
Seattle, WA 98175-0327


Chase Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chatham County Tax Commissioner
P.O. Box 9827
Savannah, GA 31412

Chatham Plaza, LLC
c/o Kimco Realty
3333 New Hyde Pk Rd., Ste. 100
New Hyde Park, NY 11042


City of Savannah - Revenue Dept.
Revenue Dept.
Savannah, GA 31402-1228


Cleveland Golf
P.O. Box 7270
Newport Beach, CA 92658-7270


Cobb County Tax Commissioner
P.O. Box 649
Marietta, GA 30061-0649


Continental Golf
P.O. Box 6008
Raleigh, NC 27628


Daily News
Attention: Accounts Receivable
Fort Walton Beach, FL 32549


Daphne's Headcovers
337 West Melinda Lane
Phoenix, AZ 85027


Data Publishing
P.O Box 5986
Hilton Head, SC 29938-5986


Daubert Chemical Company, Inc.
97580 Eagle Way
Chicago, IL 60678-7580

Dee Rowland
DBA Golf Service
Newnan, GA 30263


DEX
8400 Innovation Way
Chicago, IL 60682-0084


Dexter Shoe Company
P.O. Box 26802
New York, NY 10087-6802


Divotech Golf Corporation
2990 Gulf Breeze Pkwy.
Gulf Breeze, FL 32563


DSJ Properties, Inc.
600 University Office Blvd
Suite 1-C
Pensacola, FL 32504


ECCO
P.O Box 6094
Boston, MA 02212-6094


Equipment Leasing Co., The
9112 Guilford Rd.
Columbia, MD 21046


Etonic Worldwide LLC
260 Charles St.
Waltham, MA 02453


Extra Storage Space of Deland
2745 S Woodland Blvd
Deland, FL 32720

Flgolf
P.O Box 490818
Leesburg, FL 34749


Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399


Footjoy
c/o Acushnet
P.O. Box 965
Fairhaven, MA 02719-0965


Forefront
P.O Box 643927
Cincinnati, OH 45264-3927


Fujikura
1489 Poinsettia Ave. Ste 133
Vista, CA 92081


GECDF - Yamaha
75 Remittance Dr.. Suite 6995
Chicago, IL 60675-6999


Geogia Dept of Revenue
Taxpayer Services Div.
P.O. Box 105296
Atlanta, GA 30348


Gifford Hillegass & Ingwersen
Six Concourse Parkway
Atlanta, GA 30328-5351


Golf Shop of Wake Forest, The
2624 Leighton Ridge Dr. Ste 140
Wake Forest, NC 27587

Golf Travel Bags, LLC
9920 Bankside Dr.
Roswell, GA 30076


Greenwood Battery Specialist
P.O. Box 32
Greenwood, SC 29648


Greenwood County Tax Collector
528 Monument St. R-101
Greenwood, SC 29646-2643


Greg Norman Collection
Commercial Services Inc.,
Charlotte, NC 28201-1036


Guerin Rife Putters LLC
1250 Central Park Dr
Sanford, FL 32771


Hallberg, Victor
121 Blue Hills Rd
North Haven, CT 06473


Heavy Putter, LLC
679 Danbury Rd.
Ridgefield, CT 06877


Hornung's Golf Products, Inc.
P.O. Box 1078
Fond Du Lac, WI 54936-1078


Independent Lawn Care
109 Whitehead Rd.
Gray, GA 30132

Insol
30 Perimeter Park Dr
Atlanta, GA 30341


Internal Revenue Service
401 W. Peachtree Street NW
Atlanta, GA 30308


Internal Revenue Service
Centralized Insolvency
P.O. Box 21126
Philadelphia, PA 19114


IZZO Golf
P.O. Box 711795
Cincinnati, OH 45271-1795


J&M Golf
319 Industrial Dr.
Griffith, IN 46319


J.A. Lankford &  Co.
P.O. Box 2613
Mobile, AL 36652


Kidd, Billy
1366A Hwy 82 West
Leesburg, GA 31763


Kinsey's
1660 Steel Way
Mount Joy, PA 17552-9515


Lamar, Archer & Cofrin, LLP
The Hurt Building
Atlanta, GA 30303

Lava Marketing Group
15331 Barranca Pkwy.
Irvine, CA 92618


Lee County Tax Commissioner
Susan F Smith
Leesburg, GA 31763-0009


Lowndes County Tax Commisioner
Mary Neil Robertson
Valdosta, GA 31603


Lynn, Ralph Jr.
P.O. Box 351
Hendersonville, TN 37077


M & J Gas
P.O Box 2037
Lumberton, NC 28359


M.L. Wilson Company
P.O. Box 361608
Melbourne, FL 32936-1608


MacGregor Golf Company
P.O. Box 601574
Charlotte, NC 28260


Macon-Bibb County Tax Commissioner
P.O. Box 4724
Macon, GA 31208-4724


Maxx Sunglasses
P.O. Box 794
Monument, CO 80132

Mizuno USA, Inc.
P.O. Drawer 101831
Atlanta, GA 30392-1831


Moxie Sports Marketing
4626 Thomas Town Rd
Young Harris, GA 30582


MP Realty Partners I, LP
c/o Equitable Management
736 Johnson Ferr Rd., C220
Marietta, GA 30068


Muscogee County Tax Commissioner
Lula Lunsford Huff
Columbus, GA 31902-1441


MV Sport
88 Spence Street
Bay Shore, NY 11706


National Paper Ink
P.O Box 800
Champlain, NY 12919


News Herald, The
P.O. Box 1940
Panama City, FL 32402


Nicklaus Golf Equipment
P.O. Box 933412
Atlanta, GA 31193-3412


Nike USA, Inc.
P.O. Box 847648
Dallas, TX 75284-7648

Nivel Parts
6358 Paysphere Cr
Chicago, IL 60674


North Carolina Depart of Reven
P.O. Box 25000
Raleigh, NC 27640


Oakley
File 55716
Los Angeles, CA 90074-5716


Paradise Golf Equipment Inc.
P.O. Box 1567
Savannah, GA 31402


Paxar Americas Inc.
P.O. Box 116779
Atlanta, GA 30368-6779


Ping
P.O Box 52450
Phoenix, AZ 85072-2450


PRE/Lake Park(GA), LLC
c/o Ariel Preferred Retail Group, LLC
Charlotte, NC 28290-3298


Press-Register
Lock Box 1712
Mobile, AL 36633-1712


R. Mansell McCord, Jr
50 Hurt Plaza   Suite 900
Atlanta, GA 30303

R.J. Shepherd Co.
P.O. Box 169
Whitman, MA 02382


Recovered Balls International
5324 Highway 211
West End, NC 27376


Red Dot
5204 St Paul St
Tampa, FL 33619


Redstone Fashions, Inc.
2233 Rue L Aviation
Dorval, QC H9P 2X6


Regus/HQ
3700 Mansell Rd. Ste 220
Alpharetta, GA 30022


RGB Marketing
P.O. Box 7906
Spanish Fort, AL 36577-7906


Richmond County Tax Ommissioner
530 Greene St.
Augusta, GA 30911


RJ Sports
1783 W. 2nd
Pomono, CA 91766


Saia Publishing Company
1408 Hwy 72 W
Greenwood, SC 29649

Sears MasterCard
P.O. Box 183082
Columbus, OH 43218-3082


Simpson Organization, The
1401 Peachtree Street
Atlanta, GA 30309


Skyhawke Technologies LLC
9202 Paysphere Cr
Chicago, IL 60674


Smith & Tweed
P.O Box 1036
Charlotte, NC 28201-1036


South Georgia Media Group
P.O. Box 968
Valdosta, GA 31603


Southern Freight Lines
P.O Box 1691
Columbia, SC 29202


Speed Stik LLC
8305 Davenport Street
Omaha, NE 68114


State Bank(Buckhead Bank)
415 East Paces Ferry Rd.
Atlanta, GA 30305


Stephen Realty & Investments
801 Shackleford Place
Evans, GA 30809

Tailor Bilt Golf Inc.
P.O. Box 27909
Panama City, FL 32411


Tampa g Manufacturing Co
5105 South Lois Avenue
Tampa, FL 33611


Tax Commissioner Muscogee
Muscogee County Tax Commissioner
Columbus, GA 31902-1441


Taylor Made Golf Company, Inc.
P.O. Box 406043
Atlanta, GA 30384-6043


TEMPCO
P.O. Box 2186
Lumberton, NC 28358


The Equpment Leasing Co.
9112 Guilford Rd.
Columbia, MD 21046


Thompson Hill Publishing Inc.
250 Center St. #321
Auburn, ME 04210


Titleist
333 Bridge Street
Fairhaven, MA 02719-0965


Tmax Gear
P.O. Box 360286
Pittsburgh, PA 15250-6286

Tour Edge
1301 Pierson Dr.
Batavia, IL 60510


TransWestern Publishing
P.O. Box 513236
Los Angeles, CA 90051-1236


Turfer Sportswear
400 Massasoit Ave.
East Providence, RI 02914


U.S. Kids Golf
P.O. Box 105334
Atlanta, GA 30321-5334


US Yellow
P.O Box 3110
Jersey City, NJ 07303-3110


WCOA-AM  Pensacola, FL
Box 643210
Cincinnati, OH 45264-3210


WEIR, LLC
9645 Miflin Creek Rd.
Elberta, AL 36530


West Volusia Fire Equipment, Inc.
P.O Box 729
Deland, FL 32721-0729


West Volusia Investors, LLC
c/o Victory Real Estate Investments, LLC
Columbus, GA 31904

```
White Directory Holdings Carolina, Inc
PO Box 5168
Buffalo, NY 14240-5168


Withrow, McQuade & Olsen, LLP
3379 Peachtree Rd. N.E.
Atlanta, GA 30326


WZLA-FM
112 N Main St
Abbeville, SC 29620


Yellow Book - Southern
P.O. Box 588
Newark, NJ 07101-0588


Yellow book USA - West
P.O. Box 6448
Carol Stream, IL 60197-6448
```