ENTERED ON DOCKET
JAN 27 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| SOUTHERN GOLF PARTNERS, LLC ) | |
| ) | CASE NO. 10-61636-crm |
| Debtor. ) | |

### ORDER AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that an **Emergency Motion of Debtor for Authority to Obtain Postpetition Credit Secured by Senior Liens** (the "Motion") has been filed by Southern Golf Partners, LLC (the "Debtor"), in which the Debtor has requested that the Court hear and consider on an expedited basis the Motion. For cause shown the Court hereby grants the Motions to the extent it seeks for an expedited hearing as set forth below.

**IT IS ORDERED AND NOTICE IS FURTHER GIVEN**, that a hearing will be held before the Court on the 3RD day of February, 2010, at 10:00 A.m., in Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, to consider the Motion. Counsel for the Debtor is directed to serve a copy of this Order and Notice of Hearing and the Motion on the Master Service List and any other parties who have requested notice.

IT IS SO ORDERED.

This 27 day of January, 2010.

C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE

**(SIGNATURES ON NEXT PAGE)**

Prepared and presented by:
SCROGGINS & WILLIAMSON

 /s/ J. Hayden Kepner, Jr.
J. Robert Williamson
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
Suite 1500, 127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 893-3880
Counsel for the Debtor

## Distribution List

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Spring Street
Atlanta, GA   30303

J. Robert Williamson, Esq.
Scroggins & Williamson
Suite 1500
127 Peachtree Street, N.E.
Atlanta, Georgia 30303